IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02957-BNB

DeLAREE ROSS,

    Plaintiff,

v.

AURORA POLICE DEPT., and
OFFICER ELLIOTT, Aurora P.O.,

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO SUBMIT NEW MOTION
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

    Plaintiff, DeLaree Ross, initiated this action by submitting a Prisoner Complaint, a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a Letter regarding her release date. On November 29, 2011, the Court issued an order directing the Plaintiff to cure a deficiency in this action within thirty days. The November 29 Order instructed Plaintiff to submit a certified copy of her prisoner's trust fund account statement for the six-month period preceding her filing. However, on November 14, 2011, Ms. Ross advised the Court in a Letter (Doc. #5) that she would be released from the Arapahoe County Detention Facility on December 1, 2011, and provided her new residential address. Although the November 29 Order was not returned to the Court as undeliverable, it is not clear that Plaintiff received it given her imminent release date.

    Because Ms. Ross was no longer incarcerated as of December 1, 2011, the

Court will require her to submit a (non-prisoner) Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved form.  Alternatively, Ms. Ross may elect to pay the $350.00 filing fee.  Accordingly, it is

ORDERED that, **within thirty (30) days from the date of this order**, Plaintiff DeLaree Ross, shall pay the $350.00 filing fee or submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  It is

FURTHER ORDERED that Ms. Ross shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Ms. Ross fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED January 4, 2012, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge